**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

John Schwartz and Elise Schwartz,
Plaintiffs

v. CA05-104T

American Standard, Inc,
et al.,
Defendants

**ORDER**

I hereby recuse myself from participation in the above-referenced matter.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date: 3/15/05

2