AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

John Schwartz and Elise Schwartz

V.

American Standard, Inc., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. 05-104L

TO: (Name and address of Defendant)

PIC Contractors, c/o Lois Gregson, 145 Corliss Street, Providence, RI 02904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Deaton, Esq.
Early Ludwick & Sweeney
265 Church Street
PO Box 1866
New Haven, CT 06508

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke

CLERK Clerk

DATE 4/22/05

30

5

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-2-05 |
| NAME OF SERVER *(PRINT)* JOSEPH KEATING FEDERAL PROCESS SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

PIC CONTRACTORS
LOIS GREGSON
145 CORLISS STREET
PROVIDENCE,, R.I. 02904

☐ Served personally upon the third-party defendant. Place where se

☐ Left copies thereof at the defendant's dwelling house or usual pla discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): X K M Duchesneau

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-2-05
Date

Signature of Server

JOSEPH KEATING
41 N. ELMORE AVE.
N. PROVIDENCE, RI 02911
Address of Server

2005 MAY 18 A 10 2?
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

John Schwartz and Elise Schwartz

V.

American Standard, Inc., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. 05-104L

TO: (Name and address of Defendant)

Metropolitan Life Insurance Compnay, c/o Barry G. Hittner, Department of Business Regulations, Richmond Street, Suite 233, Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Deaton, Esq.
Early Ludwick & Sweeney
265 Church Street
PO Box 1866
New Haven, CT 06508

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Duke

DATE 4/22/05

(By) DEPUTY CLERK Chief Deputy Clerk

27

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5-3-05 |
| NAME OF SERVER *(PRINT)* JOSEPH KEATING | TITLE FEDERAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

METROPOLITAN LIFE INSURANCE
INSURANCE COMMISSIONER
233 CHESTNUT STRE[E]
PROVIDENCE,, R.I. 02903

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): METROPOLITAN INSURANCE $25.00 #3922

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 65.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-3-05
Date

[signature]
Signature of Server

JOSEPH KEATING
41 N. ELMORE AVE.
N. PROVIDENCE, RI 02911
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2005 MAY 18 A 9:2?
DISTRICT COURT
FILED

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

John Schwartz and Elise Schwartz

V.

American Standard, Inc., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. 05-104L

TO: (Name and address of Defendant)

Packings & Insulation Company, c/o Lois Gregson, 145 Corliss Street, Providence, RI 02904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Deaton, Esq.
Early Ludwick & Sweeney
265 Church Street
PO Box 1866
New Haven, CT 06508

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK [signature] Chief Deputy Clerk

DATE 4/22/05

(By) DEPUTY CLERK

28

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-2-05 |
| NAME OF SERVER *(PRINT)* JOSEPH KEATING FEDERAL PROCESS SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

PACKING & INSULATION CO.
LOIS GREGSON
145 CORLISS STREET
PROVIDENCE,, R.I. 02904

☐ Served personally upon the third-party defendant. Place where serv

☐ Left copies thereof at the defendant's dwelling house or usual place discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): L M Duchesneau

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 40.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-2-05
Date

Signature of Server

JOSEPH KEATING
41 N. ELMORE AVE.
N. PROVIDENCE, RI 02911

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED
2005 MAY 18 A 10: 2?
U.S. DISTRICT COURT
DISTRICT OF R.I.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

John Schwartz and Elise Schwartz

V.

American Standard, Inc., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. 05-104L

TO: (Name and address of Defendant)

American Standard Inc., (alias) Individually and as successor to American Radiator & Standard Sanitory Corporation, c/o CT Corporatin System, 10 Weybosset Street, Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Deaton, Esq.
Early Ludwick & Sweeney
265 Church Street
PO Box 1866
New Haven, CT 06508

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Duke — DATE 4/22/05

Chief Deputy Clerk

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 5-3-05 |
|---|---|
| NAME OF SERVER *(PRINT)* JOSEPH KEATING | TITLE FEDERAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

AMERICAN STANDARD INC.
% C.T. CORPORATION
10 WEYBOSSET STREET
PROVIDENCE,, RI 02903

☒ Served personally upon the third-party defendant. Place where serve

☐ Left copies thereof at the defendant's dwelling house or usual place discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-3-05
Date

[signature]
Signature of Server

JOSEPH KEATING
41 N. ELMORE AVE.
N. PROVIDENCE, RI 02911
Address of Server

DISTRICT COURT
2005 MAY 18 A 10 2
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.