287483

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN SCHWARTZ AND ELISE SCHWARTZ
Plaintiffs,

v.

AURORA PUMP COMPANY, ET AL.
Defendants.

C.A. No. 05-104L

## NOTICE OF APPEARANCE

Kindly enter our appearance on behalf of the defendant, Aurora Pump Company in connection with the above-captioned matter.

Date: May 23, 2005

Andrew C. Coulam, Esq.
R.I. Bar No. 6884

Craig R. Waksler, Esq.
R.I. Bar No. 4945

TAYLOR, DUANE, BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 (fax)

11