287443

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN SCHWARTZ AND ELISE SCHWARTZ<br>Plaintiffs,<br><br>v.<br><br>GARLOCK SEALING TECHNOLOGIES LLC,<br>Successor by Merger to GARLOCK INC, et al.<br>Defendants. | C.A. No. 05-104L |

**NOTICE OF APPEARANCE**

Kindly enter our appearance on behalf of the defendant, Garlock Sealing Technologies LLC, Successor by Merger to Garlock Inc in connection with the above-captioned matter.

Date:

Andrew C. Coulam, Esq.
R.I. Bar No. 6884

Craig R. Waksler, Esq.
R.I. Bar No. 4945

TAYLOR, DUANE, BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 (fax)

16