IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI)

| | | |
|---|---|---|
| This Document Relates to | ) | C.A. No. MDL 875 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN SCHWARTZ and ELISE SCHWARTZ, | ) | |
| Plaintiffs | ) | |
| v. | ) | C.A. No. 05-104L<br>JURY TRIAL BY TWELVE JURORS DEMANDED |
| AMERICAN STANDARD, INC., et al., | ) | |
| Defendants | ) | |

ENTRY OF APPEARANCE AND ANSWER TO AMENDED COMPLAINT

In accordance with the order, as amended, entered by the Honorable Charles R. Weiner on August 20, 1986, In Re: Asbestos Litigation, Misc. Docket No. 86-0457 (E.D. Pa.), this document serves as both an Entry of Appearance and Answer to Plaintiffs' Amended Complaint, and allegations contained in or incorporated in Plaintiffs' Amended Complaint, are deemed denied. This also serves to incorporate by reference the Asbestos Defendants' Master Affirmative Defenses including any amendments and supplements thereto.

**TO THE CLERK**

Kindly enter our appearance on behalf of Defendant Viacom Inc., successor by merger to

131034.1

17

CBS Corporation f/k/a Westinghouse Electric Corporation.

Respectfully Submitted.

By: ______________________

Thomas W. Lyons, Esquire
**STRAUSS, FACTOR, LAING & LYONS**
222 Richmond Street
Suite 208
Providence, RI 02903
Tel: (401) 456-0700
Fax: (401) 421-4730
RI Bar No. 2946

Dated: May 20, 2005

CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the within to all counsel of record on the 20th day of May, 2005.

______________________
Thomas W. Lyons, Esq.