IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

RECEIVED
MAY 31 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| This Document Relates to | ) | C.A. No. MDL 875 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN SCHWARTZ and ELISE SCHWARTZ, | ) | |
| Plaintiffs | ) | |
| v. | ) | C.A. No. 05-104L<br>JURY TRIAL BY TWELVE JURORS DEMANDED |
| AMERICAN STANDARD, INC., et al., | ) | |
| Defendants | ) | |

NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTE THAT ON July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 ("MDL Transfer Order"). That order also applies to "tag-along actions", or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause.

MDL Rule 13(3) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section

131034.1

(18)

> 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a) or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Respectfully Submitted.

By: [signature]

Thomas W. Lyons, Esquire
**STRAUSS, FACTOR, LAING & LYONS**
222 Richmond Street
Suite 208
Providence, RI 02903
Tel: (401) 456-0700
Fax: (401) 421-4730
RI Bar No. 2946

Dated: May 20, 2005

Mailed to: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Bldg.
One Columbus Circle, NE, Room G-255
Federal Judiciary Building
Washington, DC 20002-8004