JAC:pac \pleading\68438EntryofAppear.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN SCHWARTZ and ELISE SCHWARTZ | : | |
| | : | |
| VS. | : | C. A. NO. 05-104L |
| | : | |
| AMERICAN STANDARD, INC., ET AL | : | |

## ENTRY OF APPEARANCE

I, John A. Caletri, Esq., hereby enter my appearance on behalf of defendant, The Falk Corporation, in the above-entitled matter.

John A. Caletri, Esq. #6204
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

## CERTIFICATION

I certify that I sent a true copy of the within on 6/1/05 to:

James F. Early, Esq.
265 Church Street
P. O. Box 1866
New Haven, CT 06508-1866