# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN SCHWARTZ and<br>ELISE SCHWARTZ<br>*Plaintiffs* | : | |
| vs. | : | C.A. No.: 05-104 L |
| PACKINGS & INSULATION CORP., et al<br>*Defendant(s)* | : | |

## LATE ANSWER STIPULATION

Defendant Packings & Insulation Corp. may have up to and including **June 10, 2005** within which to respond to the plaintiffs' complaint.

JOHN SCHWARTZ and
ELISE SCHWARTZ

By their Attorneys,

EARLY, LUDWICK & SWEENEY, LLC

John E. Deaton, #
262 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
Tel: (203) 777-7799

Dated: 5/23/05

PACKINGS & INSULATION CORP.,

By its Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420

Dated: 5-25-05

## CERTIFICATION

I hereby certify that on this 27th day of May, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

John E. Deaton, Esq.
Early, Ludwick & Sweeney, LLC
P.O. Box 1866
New Haven, CT 06508-1866

Enter: Ronald R. Lagueux
Sr. USDJ 6/1/05

590258v1