UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN SCHWARTZ and ELISE SCHWARTZ :

VS. : C.A. NO. 05-104L

DAP, INC. et al :

**DAP, INC'S RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT**

1. The Defendant DAP, Inc. does not have sufficient facts to admit or deny the allegations contained in Paragraphs 1, 2 through 2(f), 2(h) through 2(a)(m) and leaves the Plaintiffs to their proof of same.

2. The Defendant admits the allegations contained in the first sentence of Paragraph 2(g) and denies the allegations contained in the second sentence thereof.

3. The Defendant denies all allegations pertaining to it contained in Paragraph 3 of the Plaintiffs' Amended Complaint and does not have sufficient facts to admit or deny the remaining allegations contained in Paragraph 3, 4, and 5 and leaves the Plaintiffs to their proof of same.

**FIRST COUNT**

4. The Defendant repeats herein and reaffirms its answer to Paragraphs 1 through 5 of the Plaintiff's Amended Complaint as said Defendant's answer to the first Paragraph of the First Count of said Amended Complaint.

5. The Defendant does not have sufficient facts to admit or deny the allegations contained in Paragraph 6 and 7 of the Plaintiff's Amended Complaint and leaves the Plaintiffs' to their proof of same.

6. The Defendant denies all allegations pertaining to it and does not have sufficient facts to admit or deny the remaining allegations contained in Paragraphs 8 through 29 of the First Count of Plaintiffs' Amended Complaint.

**SECOND COUNT**

7. The Defendant repeats herein and reaffirms its answer to Paragraphs 1 through 29 of the Plaintiff's Amended Complaint as said Defendant's answer to the First Paragraph of the Second Count of said Amended Complaint.

8. The Defendant denies all allegations pertaining to it contained in Paragraphs 30 through 33 of the Plaintiffs' Amended Compliant and does not have sufficient facts to admit or deny the remaining allegations contained therein and leaves the Plaintiffs to their proof of same.

**THIRD COUNT**

9. The Defendant repeats herein and reaffirms its answer to Paragraphs 1 through 33 of the Plaintiff's Amended Complaint as said Defendant's answer to the First Paragraph of the Third Count of said Amended Complaint.

10. The Defendant denies all allegations pertaining to it contained in Paragraphs 34 of the Plaintiffs' Amended Compliant and does not have sufficient facts to admit or deny the remaining allegations contained therein and leaves the Plaintiffs to their proof of same.

**FOURTH COUNT**

11. The Defendant repeats herein and reaffirms its answer to Paragraphs 1 through 34 of the Plaintiff's Amended Complaint as said Defendant's answer to the First Paragraph of the Fourth Count of said Amended Complaint.

12. The Defendant denies all allegations pertaining to it contained in Paragraphs 35 through 38 of the Plaintiffs' Amended Compliant and does not have sufficient facts to admit or deny the remaining allegations contained therein and leaves the Plaintiffs to their proof of same.

**FIFTH COUNT**

13. The Defendant repeats herein and reaffirms its answer to Paragraphs 1 through 38 of the Plaintiff's Amended Complaint as said Defendant's answer to the First Paragraph of the Fifth Count of said Amended Complaint

14. The Defendant denies all allegations pertaining to it contained in Paragraphs 39 of the Plaintiffs' Amended Compliant and does not have sufficient facts to admit or deny the remaining allegations contained therein and leaves the Plaintiffs to their proof of same.

**SIXTH COUNT**

15. The allegations in the Sixth Count are directed against another Defendant and, as such, they are neither admitted nor denied and the Plaintiffs are left of their proof of same.

**FIRST AFFIRMATIVE DEFENSE**

The Plaintiffs' Complaint is barred by the applicable statute of limitations.

**SECOND AFFIRMATIVE DEFENSE**

The product in question, if it is causally connected to the Plaintiff's injury as alleged in said Complaint, was misused, abused, modified, altered and/or subjected to abnormal use and as such the Plaintiff is barred from recovery.

**THIRD AFFIRMATIVE DEFENSE**

The plaintiff assumed the risk of his injuries.

**FOURTH AFFIRMATIVE DEFENSE**

Insofar as the plaintiff seeks punitive damages, said damages are barred as a matter of law, both State and Federal.

**FIFTH AFFIRMATIVE DEFENSE**

The plaintiff's cause of action is barred by the operation of the Waiver Doctrine.

**SIXTH AFFIRMATIVE DEFENSE**

The plaintiff's Complaint is barred by the operation of the Doctrine of Laches.

**SEVENTH AFFIRMATIVE DEFENSE**

The plaintiff is estopped from pursuing this claim.

**EIGHTH AFFIRMATIVE DEFENSE**

The plaintiff's injuries and damages, if any are proven, were proximately caused by his exposure to products other than that manufactured and produced by this Defendant.

**NINTH AFFIRMATIVE DEFENSE**

This defendant is not responsible for any damages sustained by the Plaintiff that is as a result of any intervening and/or superseding acts or omissions over whom the answering Defendant has no control.

**TENTH AFFIRMATIVE DEFENSE**

The Workers' Compensation laws of the State of Rhode Island bar the recovery of the instant action in that the Plaintiff has received compensation benefits.

WHEREFORE, the co-defendant DAP, Inc. demands judgment against the Plaintiff plus costs.

DAP, INC.
By its Attorney,

JOHN R. MAHONEY, ESQ. #1940
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903
Telephone (401) 331-5353
Fax (401) 331-7373

DAP, INC. REQUESTS TRIAL BY JURY

**CERTIFICATION**

I hereby certify that on the 3rd day of ~~May~~ June, 2005, I mailed a true copy of within to:

James F. Early, Esquire
EARLY, LUDWICK & SWEENEY, LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866