**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JOHN SCHWARTZ AND ELISE SCHWARTZ :
:
v. : C.A. No. 05-104L
:
AMERICAN STANDARD, INC. (Alias), et al. :

## ENTRY OF APPEARANCE

The undersigned hereby enter their appearance on behalf of Union Carbide Corporation in the above-captioned matter.

DEFENDANT,
UNION CARBIDE CORPORATION

By its Attorneys,

MARK O. DENEHY, ESQ. (#3492)
VICTORIA M. ALMEIDA, ESQ. (#1755)
R. BART TOTTEN, ESQ. (#5095)
JAMES R. OSWALD (#5727)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: 6-7-05

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2005, a true and accurate copy of the within was mailed to Early, Ludwick & Sweeney, L.L.C., 265 Church Street, 11th Floor, P.O. Box 1866, New Haven, CT 06508-1866.

*20511_1.doc*