**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **JOHN SCHWARTZ** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **AMERICAN STANDARD, et. al.** ) <br> ) <br> Defendants. ) <br> ) | **NO: 05-104-L** |

## NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

Enter my appearance of as counsel in this case for the defendant **General Motors Corporation.**

**GENERAL MOTORS CORPORATION**
By Its Attorneys,

**CAMPBELL CAMPBELL EDWARDS & CONROY PROFESSIONAL CORPORATION**

Charles K. Mone, BBO # 5468
One Constitution Plaza
Boston, MA 02129

## CERTIFICATE OF SERVICE

I, Charles K. Mone, Counsel for General Motors Corporation, do hereby certify that a true copy of the above document was sent by FedEx to counsel for the plaintiffs and by electronic mail to all other attorneys of record.

Charles K. Mone