**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN SCHWARTZ AND ELISE SCHWARTZ | : | |
| | : | |
| v. | : | C.A. No. 05-104L |
| | : | |
| AMERICAN STANDARD, INC. (Alias), et al. | : | |

**ENTRY OF APPEARANCE**

The undersigned hereby enter their appearance in the above-captioned matter on behalf of Foster Wheeler L.L.C. (survivor to a merger with Foster Wheeler Corporation, a named defendant in the above-entitled cause).

DEFENDANT,
FOSTER WHEELER L.L.C.

By its Attorneys,

MARK O. DENEHY, ESQ. (#3492)
VICTORIA M. ALMEIDA, ESQ. (#1755)
R. BART TOTTEN, ESQ. (#5095)
JAMES R. OSWALD (#5727)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: 6-9-05

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2005, a true and accurate copy of the within was mailed to Early, Ludwick & Sweeney, L.L.C., 265 Church Street, 11th Floor, P.O. Box 1866, New Haven, CT 06508-1866.

*20558_1.doc*