UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
RHODE ISLAND

| | | |
|---|---|---|
| JOHN SCHWARTZ<br>and ELISE SCHWARTZ | :<br>: | |
| VS. | : | C.A. NO. 05-104L |
| AMERICAN STANDARD, INC.<br>(alias), et als | :<br>: | |

# *NOTICE OF RESERVATION OF RIGHTS BY INSURANCE CARRIER OF DEFENDANT, PIC CONTRACTORS, INC.*

Employers Mutual Casualty Company states on the record and gives notice that in undertaking the defense of the within action through the law firm of MORRISON & MAHONEY LLP and in filing therein certain pleadings or in taking any other action of any character whatsoever in relation to the case on behalf of the defendant, PIC Contractors, Inc., that it is acting under and with a complete reservation of all its rights and without prejudice to any of its rights; that it does so expressly reserving unto itself any and all defenses that may have accrued to it under the provisions of the policy of insurance upon which its duty to defend the defendant, PIC Contractors, Inc., may be predicated, as well as all defenses which may in the future accrue to it under the terms of said policy of insurance; and that it similarly reserves unto itself any and all defenses available to it under the law. Any act or acts of any kind of said Employers Mutual Casualty Company, its agents, servants, employees, investigators, and attorneys in so undertaking the defense of

this case is not to be considered or construed as an admission of any liability whatever under said policy of insurance or under the law, to either the plaintiffs herein, the defendants herein, or to any other party; nor is it to be considered or construed as an admission of any obligation to defend said case or to take part in the defense of said case, or to pay to any party whatsoever any expenses, costs, or any moneys whatsoever, by reason of any decision, verdict, or judgment which subsequently may be rendered in this case.

EMPLOYERS MUTUAL
CASUALTY COMPANY

By ______________________
David A. Leal
Its Claims Supervisor

TO: Mr. Mark Gregson
PIC CONTRACTORS, INC.
145 Corliss Street
Providence, RI 02904

MORRISON & MAHONEY, LLP
One Providence Washington Plaza
Providence, RI 02903

James F. Early, Esquire
EARLY, LUDWICK & SWEENEY, LLC
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Please take notice that I have filed the foregoing Reservation of Rights in the above case in the office of the Clerk of the Superior Court, 250 Benefit Street, Providence, Rhode Island 02903, on the 13th day of ~~May~~ June, 2005.

______________________
David A. Leal