IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN SCHWARTZ<br>AND ELISE SCHWARTZ | ) | |
| | ) | C.A 05-104T |
| v. | ) | |
| AMERICAN STANDARD, INC. et al | ) | |

**ENTRY OF APPEARANCE**

Dennis T. Grieco II hereby enters his appearance as counsel for the Defendant, Red Devil, Inc.

Red Devil, Inc.
By its attorneys,

Dennis T. Grieco II, #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, Rhode Island 02903
Tel: (401) 274-6644; Fax: (401) 331-9304

**CERTIFICATE OF SERVICE**

I hereby certified that on this 10 day of June, 2005, a true copy of the within has been mailed by regular mail and/or hand delivery, postage prepaid to the counsel listed below.

Cidalia Mendes [signature]

American Optical Corporation
Mark Freel, Esq.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903

Aurora Pump Company, Garlock Sealing
Craig Waksler, Esq.
Taylor Duane Barton & Gilman, LLP
Ten Dorrance Street
Providence, RI 02903

W. Chesteron Company, Flowserve Corporation
Brian D. Gross, Esq.
Cooley, Manion, Jones
21 Custom House Street
Boston, MA 02110-3536

Bell & Gossett Co.
T. Dos Urbanski, Esq.
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109

Bird, Inc., Cleaver-Brooks, a division of Aqua-Chem, Inc.
Dennis S. Baluch, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main St.
Providence, RI 02903

Carrier Corp.,
James A. Ruggieri, Esq.
Higgins, Cavanaugh & Conney
123 Dyer Street
Providence, RI 02903

Certainteed Corporation, Honeywell, Georgia Pacific, Dana Corp.,
Goulds Pump, D.B. Riley Inc.
Steven Armato, Esq.
Jennifer Whelan, Esq.
Cetrulo & Capone LLP
Two Seaport Lane
Boston, MA 02210

Buffalo Pumps, Garlock, Inc., Crane Company,
David Governo, Esq.
Governo Law Firm, LLC
260 Franklin Street
Boston, MA 02110

Daimler Chrysler, General Motors, Ford Motor Company
Charles K. Mone,Esq.
Campbell Campbell & Edwards & Conroy
One Constitution Place
Boston, MA 02129

Dap, Inc.,
John Mahoney, Esq.
Asquith, Mahoney & Robinson
155 South Main Street
Providence, RI 02903

Ingersoll-Rand Company,
Richard B. Kirby, Esq.
Keegan, Werlin & Pabian, LLP
265 Franklin Street
Boston, MA 02110-3507

J.H. France Refractories Co. Foster Wheeler Corporation,
R. Bart Totten, Esq.
Adler, Pollock & Sheehan
One Bank Boston Plaza
Providence, RI 02903

General Electric Co., Hollingsworth & Vose Co., Lincoln Electric Co.,
Jeffrey Thomen, Esq.
McCarten & English, LLP
Cityplace I
185 Asylum Street, 36th Floor
Hartford, CT 06103

Goulds Pumps Incorporated
John Fanning, Esq.
Cullen & Dykman LLP
177 Montague Street
Brooklyn, NY 11201-3611

Metropolitan Life Insurance Company
Staci Kolb, Esq.
Blish & Cavanaugh
30 Exchange Terrace
Providence, RI 02902

Packings &Insulation, PIC Contractors & H.B. Fuller Company
Michael Farley, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza, 6th Floor
Providence, RI 02903-7141

Peerless Heater
James J. McKenna
McKenna & McCormick
128 Dorrance Street
Providence, RI 02903

Rapid American Corp.,
John W. Kershaw
Rice, Dolan & Kershaw
170 Westminster Street
Providence, RI 02903

Sterling Fluid Systems
Kenneth R. Neal, Esq.
Danaher, Tedford, Lagnese & Neal
700 Capitol Place
21 Oak Street
Stratford, CT 06106

Superior Boiler, Union Carbide Corp.,
Mark O. Denehy, Esq.
Adler, Pollack, & Sheehan
2300 Financial Plaza
Providence, RI 02903

Viacom, Inc.
Thomas Lyons, Esq.
Strauss Factor Laing & Lyons
222 Richmond Square
Providence, RI 02903

Weil McLain, Bondex International, IMO Industries, Inc.,
Gardner Denver, Inc.,Warren Pumps,
Judith Perritano, Esq.
Pierce Davis & Perritano, LLP
Ten Winthrop Square
Boston, MA 02110

3M and American Standard
A. Bernard Guekguezian, Esq.
Adler Cohen Harvey Wakeman & Guekguezian
230 Congress Street
Boston, MA 02110

James F. Early, Esq.
Ludwick & Sweeney, LLC
One Century Tower, 11th Floor, P.O. Box
265 Church Street
New Haven, CT 06508