AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

John Schwartz and Elise Schwartz

V.

American Standard, Inc., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. 05-104L

TO: (Name and address of Defendant)

Dow Chemical Corporation, as successor to Union Carbide Corporations, c/o Corporation Trust Company, 1209 N. Orange Street, Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Deaton, Esq.
Early Ludwick & Sweeny
265 Church Street
PO Box 1866
New Haven, CT 06508

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 6/3/05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6-13-05 |
| NAME OF SERVER *(PRINT)* JOSEPH KEATING FEDERAL PROCESS SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

DOW CHEMICAL
CORPORATION TRUST
1209 N. ORANGE ST.
WILMINGTON,, DE 19801

☐ Other (specify): ______

Certified Mail 7004-0750-0004-4133-8376

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10.00 | 40.00 | 50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-17-05 (Date) [signature] (Signature of Server)

JOSEPH KEATING
41 N. ELMORE AVE.
N. PROVIDENCE, RI 02911
Address of Server

2005 JUN 24 A 10: 13

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.