IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN SCHWARTZ AND ELISE SCHWARTZ )
v. ) C.A 05-104T/L
AMERICAN STANDARD, INC. et al )

## STIPULATION

Plaintiffs, John and Elise Schwartz, and Defendant, Red Devil, Inc., hereby stipulate and agree by and through their undersigned counsel that the time for Red Devil, Inc. to provide an Answer to Plaintiffs' Amended Complaint is extended to on or before June 17, 2005.

Plaintiff,
John & Elise Schwartz,
By their attorney

John Deaton, Esq.
**EARLY, LUDWICK & SWEENEY,LLC**
One Century Tower, 11 Floor
P.O. Box 1866
New Haven, CT 065058-1866

Defendant,
Red Devil, Inc.,
By its attorneys,

Dennis T. Grieco II #5057
**GIDLEY, SARLI & MARUSAK, LLP**
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (fax)

Enter: Ronald R. Lagueux
Sr. USDJ 7/6/05