**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **JOHN SCHWARTZ**<br><br>Plaintiff,<br><br>v.<br><br>**AMERICAN STANDARD, et. al.**<br><br>Defendants. | **NO: 05-104-L** |

**NOTICE OF APPEARANCE**

**To the Clerk of this Court and all parties of record:**

Enter my appearance of as counsel in this case for the defendant **General Motors Corporation.**

**GENERAL MOTORS CORPORATION**
By Its Attorneys,

**CAMPBELL CAMPBELL EDWARDS & CONROY PROFESSIONAL CORPORATION**

Holly M. Polglase, BBO # 5692
One Constitution Plaza
Boston, MA 02129

**CERTIFICATE OF SERVICE**

I, Charles K. Mone, Counsel for General Motors Corporation, do hereby certify that a true copy of the above document was sent by FedEx to counsel for the plaintiffs and by electronic mail to all other attorneys of record.

Charles K. Mone