UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN SCHWARTZ AND ELISE SCHWARTZ :
:
VS. : C.A. No.: 05-104T
:
AMERICAN STANDARD, INC., et al :

**STIPULATION**

Defendant, Kentile Floors, Inc., may have up to and including June 30, 2005, within which to answer or otherwise respond to plaintiff's complaint.

James F. Early #3589
EARLY, LUDWICK, SWEENEY & STRAUSS
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
(203) 777-7799

James A. Ruggieri #2828
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
(401) 272-3500

Dated: June 30, 2005

ENTER
Ernest C. Torres
Chief, U.S. District Judge

DATE 7/5/05