JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 7 2005

FILED
CLERK'S OFFICE

***DOCKET NO. 875***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-249)***

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,841 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 25 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| MSS 1 05-271 | Horace Anderson, et al. v. Owens-Illinois, Inc. | |
| MSS 1 05-272 | Eddie J. Carthan, et al. v. Owens-Illinois, Inc. | |
| MSS 1 05-273 | Ronald Abmeyer, et al. v. Owens-Illinois, Inc. | |
| MSS 1 05-274 | Billy Burrell, et al. v. Owens-Illinois, Inc. | |
| NORTH CAROLINA EASTERN | | |
| NCE 4 04-95 | Fred C. Thompson, et al. v. Anchor Packing Co., et al. | |
| NORTH CAROLINA MIDDLE | | |
| NCM 1 05-403 | Vera I. Ashburn v. Allis-Chalmers Corp., et al. | |
| NCM 1 05-408 | Daniel L. Christian, et al. v. Aqua-Chem, Inc., et al. | |
| NORTH CAROLINA WESTERN | | |
| NCW 1 05-201 | Larry A. Whittington, etc. v. Aqua-Chem, Inc., et al. | |
| NEW MEXICO | | |
| NM 1 05-27 | Harriet I. Ruiz, etc. v. The Zia Co., et al. | |
| NEW YORK EASTERN | | |
| NYE 1 04-5498 | Dominick Panzera v. A.W. Chesterton Co., et al. | |
| NYE 1 04-5658 | Carol M. Follet, etc. v. A.W. Chesterton Co., et al. | |
| NYE 1 05-157 | Maria Mancini, et al. v. A.W. Chesterton Co., et al. | |
| NYE 1 05-534 | Patra Holter, etc. v. A.W. Chesterton Co., Inc., et al. | |
| NYE 1 05-2184 | Ruth Ruthauser, etc. v. A.W. Chesterton Co., et al. | |
| NYE 1 05-2436 | Charles L. Manning, et al. v. A.W. Chesterton Co., et al. | |
| NEW YORK SOUTHERN | | |
| NYS 1 04-10017 | Douglas M. Allison v. General Electric Co. | |
| OREGON | | |
| ~~OR 3 05-706~~ | ~~Howard Wood v. Allis-Chalmers Corp. Product Liability Trust, et al.~~ | **OPPOSED 7/21/05** |
| RHODE ISLAND | | |
| RI 1 05-104 | John Schwartz, et al. v. American Standard Inc., et al. | |
| TEXAS WESTERN | | |
| TXW 6 05-213 | Estate of Quincey C. Nelson, et al. v. Owens-Illinois, Inc. | |
| VIRGINIA EASTERN | | |
| VAE 2 05-8625 | Pholia C. Liebing, et al. v. A.P. Green Industries, Inc., et al. | |
| VAE 2 05-8626 | William H. Madrey, et al. v. A.P. Green Industries, Inc., et al. | |
| ~~VAE 4 05-2895~~ | ~~Mary E. Blackburn v. Northrup Grumman Newport News~~ | **OPPOSED 7/14/05** |
| ~~VAE 4 05-2896~~ | ~~Albert W. Dail, etc. v. Northrup Grumman Newport News~~ | **OPPOSED 7/14/05** |
| ~~VAE 4 05-2897~~ | ~~Frances C. Diggs v. Northrup Grumman Newport News~~ | **OPPOSED 7/14/05** |
| ~~VAE 4 05-2898~~ | ~~Mildred S. Edwards v. Northrup Grumman Newport News~~ | **OPPOSED 7/14/05** |
| ~~VAE 4 05-2899~~ | ~~Doris M. Harmon, etc. v. Northrup Grumman Newport News~~ | **OPPOSED 7/14/05** |
| ~~VAE 4 05-2900~~ | ~~Burnell Landrum v. Northrup Grumman Newport News~~ | **OPPOSED 7/14/05** |
| ~~VAE 4 05-2901~~ | ~~Sandra L. Russell, etc. v. Northrup Grumman Newport News~~ | **OPPOSED 7/14/05** |
| ~~VAE 4 05-2902~~ | ~~Robert Schaffer, Jr., etc. v. Northrup Grumman Newport News~~ | **OPPOSED 7/14/05** |
| ~~VAE 4 05-2903~~ | ~~Gladys I. Spikes v. Northrup Grumman Newport News~~ | **OPPOSED 7/14/05** |
| ~~VAE 4 05-2904~~ | ~~Peggy O. Sheets v. Northrup Grumman Newport News~~ | **OPPOSED 7/14/05** |
| ~~VAE 4 05-2905~~ | ~~Nonie C. White v. Northrup Grumman Newport News~~ | **OPPOSED 7/14/05** |
| ~~VAE 4 05-2906~~ | ~~Betty Jean Lancaster v. Northrup Grumman Newport News~~ | **OPPOSED 7/14/05** |
| ~~VAE 4 05-2907~~ | ~~Betty J. Williams v. Northrup Grumman Newport News~~ | **OPPOSED 7/14/05** |
| ~~VAE 4 05-2908~~ | ~~Crystal W. Moore, etc. v. Northrup Grumman Newport News~~ | **OPPOSED 7/14/05** |
| ~~VAE 4 05-2909~~ | ~~James T. Turner, etc. v. Northrup Grumman Newport News~~ | **OPPOSED 7/14/05** |
| VAE 4 05-2910 | Gary V. Barnette, et al. v. A.P. Green Industries, Inc., et al. | |
| VAE 4 05-2911 | William Thomas Basnight v. ACandS, Inc., et al. | |
| VAE 4 05-2912 | James F. Campbell, et al. v. A.P. Green Industries, Inc., et al. | |
| VAE 4 05-2913 | Larry Dale Chappell, Sr. v. ACandS, Inc., et al. | |