AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

John Schwartz and Elise Schwartz

V.

American Standard, Inc., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. 05-104L

TO: (Name and address of Defendant)

Peerless Industries, Inc., d/b/a Peerless Heater, c/o President, Secretary or Treasurer, 231 N. Walnut Street, Boyertown, PA 19512

~~P.O. BOX 835~~

3215 W. NORTH AVE MELROSE PARK IL 60160

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Deaton, Esq.
Early Ludwick & Sweeny
265 Church Street
PO Box 1866
CT 06508

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Peerless Industries/Heater
3215 W. North Ave.
Melrose Park, IL 60160

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Yolanda Wilczek ☐ Agent ☐ Addressee

B. Received by (Printed Name) Yolanda Wilczek

C. Date of Delivery 6/27/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

7005 0390 0003 2422 9785

Domestic Return Receipt 102595-02-M-1540

_ days after service of this
default will be taken against you for
rk of this Court within a reasonable

3/05

05

[redacted]

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6-27-05 |
| NAME OF SERVER *(PRINT)* JOSEPH KEATING FEDERAL PROCESS SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where

Peerless Industries/Heater
3215 W. North Ave.
Melrose Park, IL 60160

☐ Left copies thereof at the defendant's dwelling house or usual discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

~~PEERLESS INDUSTRIES INC.~~
~~231 N. WALNUT STREET~~
~~BOYERTOWN,, PA 19512~~

☐ Other (specify): Certified Mail 7005-0390-0003-2422-9785

~~Certified Mail 7004-0750-0004-4133-8352~~

Certified Mail XXXXXXXXXXXXXXXXXXXX X X

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10.00 | 40.00 | 50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-29-05
Date

Signature of Server

JOSEPH KEATING
41 N. ELMORE AVE.
N. PROVIDENCE, RI 02911
Address of Server

FILED
2005 AUG 29 A 11: 31
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.