AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

John Schwartz and Elise Schwartz

V.

American Standard, Inc., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. 05-104L

TO: (Name and address of Defendant)
Kentile Floors, Inc. c/o Sanders W Gropper of G & K Consultants, 31 East 28th Street, 8th Floor, New York, NY 10016

Kentile Floors Inc.
4 Rita Street
Syosset, NY 11791

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Deaton, Esq.
Early Ludwick & Sweeney

DISTRICT ... SIXTH DIV...

AUG 26 2005

_ days after service of this ... lefault will be taken against you for ... k of this Court within a reasonable

Agent
Addressee
... Delivery
... different from item 1? Yes
... ery address below: No

Kentile Floors Inc.
4 Rita Street
Syosset, NY 11791

3. Service Type
Certified Mail   Express Mail
Registered   Return Receipt for Merchandise
Insured Mail   C.O.D.

4. Restricted Delivery? (Extra Fee)   Yes

... Number ... (from service label)

7004 0750 0004 4133 8475

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

05

SUPERIOR COURT
FILED
HENRY S. KINCH, JR.
05 JUL -5 AM 10: 21

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6-19 May 19, 2005 |
| NAME OF SERVER *(PRINT)* JOSEPH KEATING | TITLE FEDERAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: KENTILE FLOORS INC. SANDERS GROPPER 31 E. 28TH ST. 8TH. NEW YORK,, N.Y. 10016

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Kentile Floors Inc. 4 Rita Street Syosset, NY 11791

☐ Returned unexecuted:

☐ Other (specify): Certified Mail 7004-0750-0004-4133-7546
Certified Mail 7004-0750-0004-4133-8475

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/24-05
Date

Signature of Server

JOSEPH KEATING
41 N. ELMORE AVE.
N. PROVIDENCE, RI 02911
Address of Server

FILED
2005 AUG 29 A 11: 37
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.