CA 05 - 104 L

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI) :

FILED MAR - 9 2006

This Document Relates To: : CIVIL ACTION NO. MDL 875
Kentile Floors, Inc.
Bankrupt Defendant

FILED MAR - 9 2006

ALL ACTIONS :
(See attached schedule
for case list) :

**O R D E R   O F   D I S M I S S A L**

DEFENDANT, Kentile Floors, Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

ENTERED
MAR - 9 2006
CLERK OF COURT

BY THE COURT

James T. Giles

James T. Giles, Judge

Date: 3/6/2006

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3-9-06
Tom Dempsey
COURT